

**ORDERED in the Southern District of Florida on April 28, 2021.**

_____
A. Jay Cristol, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**
www.flsb.uscourts.gov

In Re: Marie King                                         Case No. 16-17002-AJC
                                                          Chapter 13

            _____Debtors_____/

**ORDER GRANTING DEBTOR'S MOTION FOR EXEMPTION FROM FINANCIAL MANAGEMENT COURSE**

THIS CAUSE came to be heard on the Debtor's Motion for Exemption From Financial Management Course [ECF # 86]. Being duly advised in the premises, the Court **ORDERS** as follows:

1. The Motion is GRANTED. Deceased Debtor Marie King is exempt from the requirement that she complete a course in personal financial management.

###

Submitted by: Matt Bayard Esq.

Attorney Matt Bayard Esq. is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service.

1