**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re: Marie King                                                Case No. 16-17002-AJC
                                                                 Chapter 13

_____Debtor_____/

**Motion for Issuance of Discharge and Notice of**
**Deadline to Object**

**NOTICE OF TIME TO OBJECT**

**Any interested party who fails to file and serve a written response to this motion within 21 days after the date of service of this motion, pursuant to Local Rules 4004-3(A)(3) and 9013-1(D), will be deemed to have consented to the entry of an order of discharge.**

Undersigned counsel for the debtor(s) in the above-captioned matter requests the issuance of an order of discharge for the debtor(s) and represents as follows:

1.      The chapter 13 trustee has issued a Notice of Completion of Plan Payments on July 19, 2021. The undersigned counsel for the debtor(s) is requesting the court issue a discharge in this case.

2.      The debtor is deceased and attached hereto is a true and correct copy of the redacted death certificate for the debtor, which has been redacted to remove all personal identifiable information such as the debtor's cause of death and social security number.

3.      Compliance with 11 U.S.C. §101(14A):

   __X__ A. To the best of the undersigned's knowledge, the debtor has not been required by a judicial or administrative order, or by statute to pay any domestic support obligation as defined in 11 U.S.C. §101(14A) either before this bankruptcy was filed or at any time after the filing of this bankruptcy,

                                          **or**

   _____ B. To the best of undersigned's knowledge, the debtor has paid all amounts due under any and all domestic support obligations as defined in 11 U.S.C. §101(14A), required by a judicial or administrative order or by statute, including amounts due before, during and after this case was filed. The name and address of each holder of a domestic support obligation is as follows:

<u>                             (NAME)                             </u>
<u>                           (ADDRESS)                         </u>
<u>                                                                   </u>

4.     Prior to the debtor's death, the debtor's mailing address for receipt of court notices was as follows: [Note: Providing an updated debtor address here constitutes a change of address pursuant to Local Rule 2002-1(G). No separate Notice of Change of Address is required to be filed.]

        Marie King
        22320 SW 118th Court
        Miami, FL 33170

5.     Prior to the debtor's death, the name and address of the debtor's most recent employer was as follows:

        N/A-retired

6.     The following creditors hold a claim that is not discharged under 11 U.S.C. §523(a)(2) or (a)(4) or a claim that was reaffirmed under 11 U.S.C. §524(c):

        N/A

7.     Compliance with 11 U.S.C. §1328(h):

     X    A.    The debtor has <u>not</u> claimed an exemption under §522(b)(3) in an amount in excess of $170,350* in property of the kind described in §522(q)(1) [generally the debtor's homestead];

**or**

*Amounts are subject to adjustment on 4/01/22, and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

          B.    The debtor <u>has</u> claimed an exemption under §522(b)(3) in an amount in excess of $170,350* in property of the kind described in §522(q)(1) but there is no pending proceeding in which the debtor may be found guilty of a felony of a kind described in §522(q)(1)(A) or found liable for a debt of the kind described in §522(q)(1)(B).

8. The debtor has not received a discharge in a case filed under chapter 7, 11, or 12 during the 4 year period preceding the filing of the instant case or in a case filed under chapter 13 during the 2 year period preceding the filing of the instant case.

WHEREFORE, undersigned counsel for the Debtor(s) prays that this Court issue an order of discharge, and for any other relief that this Court deems just and appropriate.

Dated:  07/27/2021

Name of Movant:   Matt Bayard Esq.
Name of Firm:     Legal Services of Greater Miami Inc
Address:   4343 W. Flagler St., Miami, FL, 33134
Main Tel. Number:   (305) 438-2413
Direct Dial Tel Number:   (305) 438-2413
Facsimile Number:   (305) 438-2413
E-mail Address:   mbayard@legalservicesmiami.org
Florida Bar No.:   0032209

By:  _[signature]_
[Signature of Movant]

THIS DOCUMENT HAS A LIGHT BACKGROUND ON TRUE WATERMARKED PAPER. HOLD TO LIGHT TO VERIFY FLORIDA WATERMARK.

# BUREAU of VITAL STATISTICS

## CERTIFICATION OF DEATH

**STATE FILE NUMBER:** 2018163345

**DATE ISSUED:** OCTOBER 23, 2018
**DATE FILED:** OCTOBER 19, 2018

### DECEDENT INFORMATION
NAME: MARIE KING

DATE OF DEATH: ⬛, 2018  SEX: FEMALE  SSN: ⬛  AGE: 087 YEARS
DATE OF BIRTH: ⬛  BIRTHPLACE: MORGAN CITY, MISSISSIPPI, UNITED STATES
PLACE OF DEATH: INPATIENT
FACILITY NAME OR STREET ADDRESS: JACKSON SOUTH COMM HOSPITAL
LOCATION OF DEATH: MIAMI, MIAMI-DADE COUNTY, 33157
RESIDENCE: 22320 SW 118 COURT, MIAMI, FLORIDA 33170, UNITED STATES    COUNTY: MIAMI-DADE
OCCUPATION, INDUSTRY: CNA, PRIVATE
EDUCATION: HIGH SCHOOL GRADUATE OR GED COMPLETED    EVER IN U.S. ARMED FORCES? NO
HISPANIC OR HAITIAN ORIGIN? NO, NOT OF HISPANIC/HAITIAN ORIGIN
RACE: BLACK OR AFRICAN AMERICAN

### SURVIVING SPOUSE / PARENT NAME INFORMATION
(NAME PRIOR TO FIRST MARRIAGE, IF APPLICABLE)
MARITAL STATUS: WIDOWED
SURVIVING SPOUSE NAME: NONE

FATHER'S/PARENT'S NAME: ISADORE SLACK
MOTHER'S/PARENT'S NAME: CARRIE BROWN

### INFORMANT, FUNERAL FACILITY AND PLACE OF DISPOSITION INFORMATION
INFORMANT'S NAME: LAUNA KING
RELATIONSHIP TO DECEDENT: DAUGHTER
INFORMANT'S ADDRESS: 22320 SW 118 COURT, MIAMI, FLORIDA, 33170, UNITED STATES
FUNERAL DIRECTOR/LICENSE NUMBER: VAN G BROWN SR, F045163
FUNERAL FACILITY: PARADISE MEMORIAL FUNERAL HOME LLC F053090
14545 CARVER DR, MIAMI, FLORIDA 33176
METHOD OF DISPOSITION: BURIAL
PLACE OF DISPOSITION: CABALLERO RIVERO WOODLAWN SOUTH
MIAMI, FLORIDA

### CERTIFIER INFORMATION
TYPE OF CERTIFIER: CERTIFYING PHYSICIAN    MEDICAL EXAMINER CASE NUMBER: NOT APPLICABLE
TIME OF DEATH (24 HOUR): 2355    DATE CERTIFIED: OCTOBER 19, 2018
CERTIFIER'S NAME: ARMANDO NOE LINARES PEREZ
CERTIFIER'S LICENSE NUMBER: ME126511
NAME OF ATTENDING PHYSICIAN (IF OTHER THAN CERTIFIER): NOT APPLICABLE

### CAUSE OF DEATH AND INJURY INFORMATION
MANNER OF DEATH: NATURAL
CAUSE OF DEATH - PART I - AND APPROXIMATE INTERVAL: ONSET TO DEATH
a. ⬛

b. ⬛
c. ⬛
d. ⬛

PART II - OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN PART I:

AUTOPSY PERFORMED? NO    AUTOPSY FINDINGS AVAILABLE TO COMPLETE CAUSE OF DEATH? 
DATE OF SURGERY:    DID TOBACCO USE CONTRIBUTE TO DEATH? NOT STATED
REASON FOR SURGERY:
PREGNANCY INFORMATION: NOT PREGNANT WITHIN PAST YEAR
DATE OF INJURY: NOT APPLICABLE    TIME OF INJURY (24 HOUR):    INJURY AT WORK?

VOID IF ALTERED OR ERASED